UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES ABRAHAM SMITH, JR.                                                                    PLAINTIFF

v.                                         No. 2:23-CV-2061

DANIEL SHUE; BARRET MILAM;
CITY OF FORT SMITH, ARKANSAS/
GREENWOOD DISTRICT; RITA WATKINS                                                DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 8) ("R&R") from Chief United States Magistrate Judge Mark E. Ford.  Plaintiff filed objections to the R&R (Doc. 9).  Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's case be dismissed for failure to state a claim upon which relief may be granted.  The Court has conducted a de novo review of the R&R.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.  The clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration.  Under 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal is not taken in good faith.  Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE